IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **NEFFERTITI ROBINSON,** §<br>**INDIVIDUALLY AND ON BEHALF OF** §<br>**THOSE SIMILARLY SITUATED** §<br>§<br>Plaintiff/Counter-Defendant, §<br>v. §<br>§<br>**J&K ADMINISTRATIVE** §<br>**MANAGEMENT SERVICES, INC. AND** §<br>**KIMBERLY M. MEYERS** §<br>§<br>Defendants/Counter-Claimaints, §<br>§<br>v. §<br>§<br>**SANDRA HARRIS, et. al.,** §<br>§<br>Third Party Defendants. § | Civil Action No. **3:14-CV-00956-L** |

## **JUDGMENT**

The court issues judgment pursuant to its Memorandum Opinion and Order filed earlier today. It is therefore **ordered, adjudged,** and **decreed** that all claims are arbitrable; that Plaintiff Neffertiti Robinson's claims and Third Party Defendants Ann Knight, Joan Stanton, Gloria Turner, and Sandra Harris's (collectively,"Third Party Defendants") claims shall be arbitrated in accordance with the arbitration agreements signed by Plaintiff and each of the Third Party Defendants; that this action is **dismissed with prejudice**; and that all allowable and reasonable costs are taxed against Defendants J&K Administrative Management Services, Inc., and Kimberley M. Meyers.

Order - Page 1

**Signed** this 24th day of March, 2015.

_____
Sam A. Lindsay
United States District Judge

**Order - Page 2**